UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In Re:  Peter A. Stevens, Jr. and Debra R. Stevens fka Debra R. Beamer | Case No. 18-15716 - RAG  Chapter 7 |

**RESPONSE TO CHAPTER 7 TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M)**

COMES NOW, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (hereinafter "Respondent"), by and through undersigned counsel and hereby responds to the Motion to Sell Real Property Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §363(B), (F), and (M), filed herein and in support thereof states as follows:

1. The allegations of paragraphs 1 and 6 are admitted.

2. In response to paragraph 7, Respondent is without sufficient knowledge or information to admit or deny the allegations as to the actual value of the real property located 65 Lee Way, Elkton Maryland 21921 ("Property"). Further, Respondent denies that its claim secured on the Property is $363,599.65. The current amount owed on Respondent's claim is equal to or greater than the scheduled value of $368,965.00. Respondent obtained relief from the automatic stay by an Order entered in this matter on August 2, 2018, and docketed as docket number 21.

3. Paragraphs 8 and 9 do not require a response.

4. Paragraph 10 is a statement of law and as such does not require a response but should one be needed the same is denied.

5. Respondent is without sufficient knowledge or information to either admit or deny the allegations in paragraphs 11 through 14.

6. Paragraph 15 is a statement of law and as such does not require a response but should one be needed the same is denied.

7. Respondent is without sufficient knowledge or information to either admit or deny the allegations in paragraphs 16 through 19.

8. Paragraphs 20 and 21 are statements of law and as such does not require a response but should one be needed the same is denied.

9. Respondent is without sufficient knowledge or information to either admit or deny the allegations in paragraphs 22 and 23.

WHEREFORE, Respondent, by and through undersigned counsel respectfully requests that this honorable court deny the Chapter 7 Trustee's Motion to Sell Real Property Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §363(B), (F), and (M), or in the alternative, authorize the sale of the property subject to the written approval of the Respondent and for such other and further relief as this court deems just and proper.

<u>/s/Joshua Welborn, Esq. (Jwel)</u>
Joshua Welborn, Esq.
Attorney for Movant
Bar No. 29359
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2018 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Brian A. Goldman
Goldman & Goldman, P.A.
2330 West Joppa Road, Suite 300
Lutherville, Maryland  21093
bgoldman@goldmangoldman.com

Lisa M. Blackson
Downs, Beste & Blackson, LLC
202 East Main Street
Elkton, Maryland  21921
dbb.bankruptcy@gmail.com

I hereby further certify that on the 31st day of October, 2018, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Peter A. Stevens, Jr.
65 Lee Way
Elkton, Maryland  21921
(Via U.S Mail)

 and

Debra R. Stevens fka Debra R. Beamer
65 Lee Way
Elkton, Maryland  21921
(Via U.S Mail)

/s/ Joshua Welborn, Esq.
Joshua Welborn, Esq.